IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHRUTHI HOSUR, and RAHUL BHOOPALAM KRISHNAMURTHY,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID P. PEKOSKE, Acting Secretary, U.S. Department of Homeland Security, in his official capacity as well as his successors and assigns; ROBERT M. WILKINSON, Acting Attorney General of the United States, in his official capacity as well as his successors and assigns; TRACY RENAUD, Acting Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, in her official capacity, as well as her successors and assigns; and LOREN K. MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, in his official capacity, as well as his successors and assigns;<br><br>Defendants. | **4:21CV3027**<br><br>**ORDER OF DISMISSAL** |

Pursuant to the notice of voluntary dismissal, (Filing No. 8), and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice, the parties to pay their own costs and attorney fees.

May 13, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge